```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| PENSION, HOSPITALIZATION & BENEFIT PLAN OF THE ELECTRICAL INDUSTRY | 23-cv-8938 (JGK) |
| Plaintiff, | <u>ORDER</u> |
| - against - | |
| COVERAGEONE DEDICATED SERVICES, LLC, | |
| Defendant. | |

JOHN G. KOELTL, District Judge:

    The parties are directed to file a Rule 26(f) report by November 8, 2023.

SO ORDERED.

Dated:    New York, New York
            October 24, 2023

                                            _____
                                            John G. Koeltl
                                            United States District Judge