UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENSION, HOSPITALIZATION & BENEFIT
PLAN OF THE ELECTRICAL INDUSTRY,

                Plaintiff,          23-cv-8938 (JGK)

     - against -              ORDER

COVERAGEONE DEDICATED SERVICES, LLC,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion for judgment on the pleadings. ECF No. 22.

SO ORDERED.

Dated:    New York, New York
            January 22, 2024

                                       John G. Koeltl
                             United States District Judge