UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PENSION, HOSPITALIZATION & BENEFIT
PLAN OF THE ELECTRICAL INDUSTRY,      23-cv-8938 (JGK)

           Plaintiff,                ORDER

- against -

CONVERGEONE DEDICATED SERVICES, LLC,

           Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear for a telephone conference on **March 26, 2024**, at **2:30 p.m.**

    Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           March 13, 2024

                                              /s/ John G. Koeltl
                                             John G. Koeltl
                                     United States District Judge