**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
PENSION, HOSPITALIZATION & BENEFIT
PLAN OF THE ELECTRICAL INDUSTRY,

        Plaintiff / Counter Defendant,        23 **CIVIL** 8938 (JGK)

        -against-        **JUDGMENT**

CONVERGEONE DEDICATES SERVICES, LLC,

        Defendant / Counter Claimant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated April 16, 2024, ConvergeOne's motion for a judgment on the pleadings confirming the arbitration award, ECF No. 22, is granted and the cross motion by the Pension Plan to vacate the arbitrator's decision, ECF No. 24, is denied.

**Dated**: New York, New York
       April 17, 2024

                                               **RUBY J. KRAJICK**
                                               *Clerk of Court*

                      **BY:**

                                               *Deputy Clerk*